IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARK R. GRISSOM, AS ADMINISTRATOR OF THE ESTATE OF ELIZABETH RHEY GRISSOM,<br>    Plaintiff,<br><br>v.<br><br>CCOP SENIOR LIVING L.L.C. D/B/A THE MONTEVISTA AT CORONADO,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-06-CA-286-FM |

### FINAL JUDGMENT

The Court having granted Defendant's Motion for Summary Judgment, it is hereby

**ORDERED,** in compliance with FED. R. CIV. P. 58, that this matter be **STRICKEN** from the docket and there being no just cause for delay, this is a **FINAL AND APPEALABLE** Judgment.

All pending motions are hereby **DISMISSED** as **MOOT**.

SIGNED this 23rd day of April, 2007.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE